## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

September 19, 2008

BY FACSIMILE AND ECF

Winston Y. Chan, Esq.
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza
Brooklyn, New York  11201

      Re:    USA v. Joseph Young
                Ind #: S6 06 Cr. 285 (ARR)

Dear Mr. Chan:

    I want to clarify in response to your letter of September 18, 2008, that I am not consenting to the admission of telephone records, but am agreeing that I will stipulate to the authenticity of the records without requiring the government to call a witness from the subject telephone company. On all other evidentiary grounds, most notably relevance, I reserve the right to object to the admission of such records.

                                            Sincerely,

                                            Robert A. Soloway

RAS:et