# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

September 29, 2008

**VIA ECF**

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. Young, et al
06 Cr. 285 (ARR)

Dear Judge Ross:

After our telephone conference of September 26, 2008, I have decided that Joseph Young and counsel will not attend the court session scheduled for Thursday, October 2, 2008.

If Your Honor has any questions regarding this please contact my office at your earliest convenience.

Sincerely,

Robert A. Soloway

cc: AUSA Winston Chan

RAS:et