

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:JD
F.# 2006R00783

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 14, 2009

**By Hand and ECF**

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Doe
            <u>Criminal Docket No. 06-285 (ARR)</u>

Dear Judge Ross:

    The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that the motion and any order entered by the Court be filed under seal.  Defense counsel has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

    The government further writes to confirm that a hearing on the motion to close the courtroom has been scheduled for April 17, 2009 at 12:00 p.m. in Courtroom number 8C.

                                Respectfully submitted,

                                BENTON J. CAMPBELL
                              United States Attorney

                By:     /s/
                      Jack Dennehy
                      Assistant U.S. Attorney
                      (718) 254-6133

Encl. (filed under seal)